UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP PLANTZ,

      Plaintiff,

vs.                                            Case No. 8:16-cv-3290-T-27MAP

BAY AREA HEATING AND COOLING,
INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the Stipulation of Dismissal (Dkt. 9), in which Plaintiff and Defendant warrant that Plaintiff's FLSA claim has been settled and that Plaintiff has been compensated in full, without compromise. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1352-53 (11th Cir.1982), this cause is **DISMISSED WITH PREJUDICE** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 10th day of August, 2017.

                                                      **JAMES D. WHITTEMORE**
                                                      **United States District Judge**

Copies to:
Counsel of Record